IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| KANTRELL ROBINSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 19-00852-CV-W-GAF |
| | ) |
| UNION PACIFIC RAILROAD COMPANY, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Now before the Court is Plaintiff's Objections to Defendant's Proposed Voir Dire Questions (Doc. #124). The Court having considered plaintiff's objections it is ORDERED that each of Plaintiff's objections are SUSTAINED.

s/ Gary A. Fenner
GARY A. FENNER, JUDGE
UNITED STATES DISTRICT COURT

DATED: July 21, 2021